**Adam WERNEKE (minor) by Matthew WERNEKE, Respondent,**

v.

**LAKESIDE LAWN AND LANDSCAPE, INC., and Integrity Mutual Insurance/CompCost, Inc., Relators,**

**Trustmark Life Insurance Co., Intervenor.**

**No. A05–1665.**

Supreme Court of Minnesota.

Nov. 22, 2005.

Janet Monson, Brian J. Holly, Aafedt, Forde, Gray, Monson & Hager, P.A., Minneapolis, MN, for Relators.

Michal F. Scully, Sieben, Grose, Von Holtum & Carey, Ltd., Minneapolis, MN, for Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 21, 2005, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Alan C. Page
Associate Justice

MEYER, J., took no part in the consideration or decision of this case.